No. 04–10193.  St. John-Thompson *v.* United States.  C. A. 11th Cir.  Certiorari denied.

No. 04–10201.  Watson *v.* United States.  Ct. App. D. C. Certiorari denied.

No. 04–10204.  Wilson *v.* United States.  C. A. 4th Cir. Certiorari denied.

No. 04–10205.  Vance *v.* United States.  C. A. 4th Cir.  Certiorari denied.

No. 04–10208.  Pri-Har *v.* United States.  C. A. 2d Cir. Certiorari denied.

No. 04–10211.  Mathieson *v.* United States.  C. A. 11th Cir. Certiorari denied.

No. 04–10212.  Turner *v.* United States.  C. A. 4th Cir. Certiorari denied.

No. 04–10213.  Sanchez-Luna *v.* United States.  C. A. 9th Cir.  Certiorari denied.

No. 04–10218.  Hornaday *v.* United States.  C. A. 11th Cir. Certiorari denied.

No. 04–10219.  Garcia-Castillo *v.* United States.  C. A. 10th Cir.  Certiorari denied.

No. 04–10220.  Ochoa Guzman *v.* Arizona.  Ct. App. Ariz. Certiorari denied.

No. 04–10222.  Gibson *v.* United States.  C. A. 6th Cir. Certiorari denied.

No. 04–10228.  Cureaux *v.* United States.  C. A. 5th Cir. Certiorari denied.

No. 04–10229.  Deeb *v.* Sanders, Warden.  C. A. 8th Cir. Certiorari denied.

No. 04–10230.  Edwards *v.* United States.  C. A. 6th Cir. Certiorari denied.

No. 04–10233.  McDonald *v.* United States.  C. A. 9th Cir. Certiorari denied.